IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID HATCHIGIAN, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 20-6204 |
| | : | |
| GERMAN, GALLAGHER, & MURTAGH, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 27th day of September 2021, upon consideration of Defendants German, Gallagher & Murtagh ("GGM"), Chilton G. Gobel, III ("Gobel"), Lauren A. Green ("Green"), Michelin North America Customer Care ("Michelin"), and Saxton & Stump's ("S&S") Motion to Dismiss (ECF No. 6), and *pro se* Plaintiff David Hatchigian's Amended Brief in Opposition (ECF No. 8), **IT IS HEREBY ORDERED AND DECREED** that Defendants' Motion (ECF No. 6) is **GRANTED** and Plaintiff's Amended Complaint (ECF No. 2) is **DIMISSED**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mark this matter as **CLOSED** for statistical purposes.[1]

BY THE COURT:

/s/ Petrese B. Tucker
_____
**Hon. Petrese B. Tucker, U.S.D.J.**

---

[1] This Order accompanies the Court's Memorandum dated September 27, 2021.